**Order entered August 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00821-CR

**GORDON C. BANE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 297th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 1464818D**

## ORDER

Appellant's notice of appeal was filed on June 15, 2017. Although originally filed in the Second Court of Appeals, the appeal was transferred to this Court on July 14, 2017 by the Texas Supreme Court pursuant to a docket equalization order. TEX. GOV. CODE ANN. § 73.001 (West 2013. On November 3, 2017, William Reagan Wynn notified the Court that he had been retained to represent appellant. We granted prior counsel's motion to withdraw and recognized Mr. Wynn as appellant's counsel.

Appellant's brief was originally due February 21, 2018. The Court granted a motion to extend time to file the brief, making the brief due February 28, 2018. On March 2, 2018, we notified Mr. Wynn by postcard that appellant's brief was overdue. We instructed him to file the brief and a motion to extend time to file the same within ten days or we would abate the appeal

for a hearing. The brief was not filed, no motion was filed, and we received no communication from Mr. Wynn. By order dated March 28, 2018, we abated the appeal for a hearing to determine why no appellant's brief had been filed.

On April 13, 2018, we received a supplemental reporter's record of the abatement hearing held that same day. In the hearing, the trial court found that appellant wanted to pursue the appeal, that Mr. Wynn had not abandoned the appeal, and that Mr. Wynn needed additional time to prepare the brief. Mr. Wynn told the trial court, "I know that I can file the brief within 30 days of today's date." We reinstated the appeal and ordered appellant's brief due by June 22, 2018. To date, no brief has been filed. Mr. Wynn has not communicated with this Court.

We therefore **ORDER** retained counsel William Reagan Wynn to file appellant's brief **BY 5:00 P.M. ON AUGUST 10, 2018**. Mr. Wynn is cautioned that the Court will not entertain any further motions from him for any extensions of time in this case. If Mr. Wynn does not file a brief by 5:00 p.m. on August 10, 2018, the Court will initiate contempt proceedings against him for the failure and refusal to obey the Court's order. *See* TEX. R. APP. P. 38.8(b)(4). The Court may also take such other actions as may be appropriate, including filing a grievance against Mr. William Reagan Wynn and referring this matter to the State Bar of Texas Commission for Lawyer Discipline for further proceedings.

We **DIRECT** the Clerk of the Court to send a copy of this order to William Reagan Wynn by certified mail at his address as shown in our records. We also **DIRECT** the Clerk to send a copy of this order to the Honorable David Hagerman, Presiding Judge, 297th Judicial District Court; to the Tarrant County District Attorney's Office; and to appellant Gordon Bane, TDCJ #02145207, Fort Stockton Unit, 1536 IH-10 East, Fort Stockton, TX 79735.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE